DECEMBER 23, 1974

No. 74–517. MERCER ET AL. *v.* MICHIGAN STATE BOARD OF EDUCATION ET AL. Affirmed on appeal from D. C. E. D. Mich. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.